UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEGGY RODRIGUEZ, ERIKA ZEIDLER and MELISSA JIMENEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ITO EN (NORTH AMERICA) INC., <br><br> Defendant. | Index No.: 1:21-cv-00894 (KAM-RLM) <br><br><br><br><br> So Ordered: Kiyo A. Matsumoto, USDJ <br> May 13, 2021 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Peggy Rodriguez, Erika Zeidler and Melissa Jimenez ("Plaintiffs") and Defendant Ito En (North America), Inc. ("Defendant"), hereby stipulate to dismiss this action in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: May 13, 2021

Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington D.C. 20016
Telephone: (202) 429-2290
gmason@masonllp.com

*Attorney for Plaintiffs*

/s/ David James Bright
David James Bright
**ZUBER LAWLER & DEL DUCA LLP**
One Penn Plaza Suite 4430
New York, NY 10119
Telephone: (212) 899-9830
dbright@zuberlawler.com

*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

    I, Gary E. Mason, hereby certify that on this 13th day of May, 2021, the foregoing Stipulation of Dismissal with Prejudice was filed with the Clerk of this Court via the Court's CM/ECF System, which will automatically serve all counsel of record via the Court's electronic notification system.

                                                           /s/ *Gary E. Mason*
                                                           Gary E. Mason